# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Kenyon Washington I.D. Y13106

_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

C/O Welge

C/O Pratt

Sgt. Harrison

C/O Slaughtur

*Defendant(s)/Respondent(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 25-385 -SPM

*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.    JURISDICTION

**Plaintiff:**

A.    Plaintiff's mailing address, register number, and present place of confinement.

Kenyon Washington #413106
Pontiac C.C.
P.O. Box 99
Pontiac, IL. 61764

**Defendant #1:**

B.    Defendant _____WELGE_____ is employed as

(a)    (Name of First Defendant)

_____Correctional officer_____

(b)    (Position/Title)

with _____Menard C.C._____

(c)    (Employer's Name and Address)

_____P.O. Box 1000, Menard, IL 62259_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If your answer is YES, briefly explain:

State correctional officers

Rev. 10/3/19

**Defendant #2:**

C.    Defendant _____PRatt_____is employed as

(Name of Second Defendant)

_____Correctional office_____

(Position/Title)

with _____Menard C-C_____

(Employer's Name and Address)

_____P.O. Box 1000, Menard, IL 62259_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☒ Yes    ☐ No

If you answer is YES, briefly explain:

State correctional officer

**Additional Defendant(s) (if any):**

D.    Using the outline set forth above, identify any additional Defendant(s).

Sgt. Harrison ⟶ Correctional Center
C/O Zackury hart  Menard-CC
C/O kitchen  Po. Box 1000
 Menard, IL, 62259

RN's ⟶ Registred Nurses
Angelina  Menard C.C
 Po. Box 1000
 Menard, IL, 62259

Rev. 10/3/19

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?    ☐Yes ☒No

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):


Defendant(s):


2.    Court (if federal court, name of the district; if state court, name of the county):

3.    Docket number:

4.    Name of Judge to whom case was assigned:

5.    Type of case (for example: Was it a habeas corpus or civil rights action?):

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

Rev. 10/3/19

7. Approximate date of filing lawsuit:

8. Approximate date of disposition:

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take? Grivances

   Verbally medical Request

   2. What was the result?

   Assault and Retaliation

   Denials

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☐ No

F. If your answer is YES,
   1. What steps did you take?

Rev. 10/3/19

2.    What was the result?

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not.

Statement Of Claim Attached

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On February 15, 2024 Plaintiff kenyon Washington, Regestered number: 413106 ate Two (2) pieces of Baked chicken from the menard corr. center Inmate Dietary Kitchen and the baked chicken had a smell to it and Also wasnt Fatly cooked it contained a Parasite Bug that was 2 inch long with thick Dark lines on it's Body and was a oval shape Plaintiff kenyon Washington began to come light headed and Dizzy my vision became Like state and I immediately called for Medical Assistance and East cell house correctional center officers PRATT (Badge #          ) and welge (Badge #          ) Responded and escourted Plaintiff to the Health care unit at menard correctional center. Plaintiff was seen by two unknown Nurses (Plaintiff Explained What he Just Experiend moments before I plaintiff kenyon Washington # 413106 Asked the two unknown Nurse their names they both replied that's not important Both unknown Nurses Looked into washington's Mouth with a flashlight and Both unknown nurses stated nothing was wrong and that I was high and my mind played tricks on me. Another nurse who refused to give me her name          Examined Washington's throat and said If there's a bug "Just swallo it or Die" I plaintiff kenyon washington # 413106 was taken to North 2 cell house Restrictive Housing unit and was placed on crisis watch for two months. While not being seen by any nurse or Doctor for my Medical issues I kenyon Washington # 413106 had bright Red blood in my toilet stools and Expericing Serious painful stomach/Adomina Pains. It began Effecting Washington Chest/throat Regions with serious intense pains (Burning pains Especially when Plaintiff Washington kenyon # 413106 smells smoke from when other inmates set cells on Fire the parasite bug releuse a liquid that taste funny the color was brown and was mixed with blood Plaintiff cannot Eat because my throat hurts. April 11 2024 I got off crisis watch on first shift but was forced back on 2nd shift I woke up in North 2 bullpen and panick c/o Zach hart had his feet on my I then passed out I woke up in North 2 ballpen and panick c/o Zach hart blocked my Airway Chest holding me down I became Angry and started yelling for help I was then beaten by c/o 2. Hart and 2 other unknown correctional officer in my head and upper body Area I had knots on my head with my Ears began to Ring my left Ear was bleeding I lost hearing in my left Ear and my right Ear faded in then out. I was told by Another inmate one of the unknown c/o was name Kitchen the other subject its still unknown I was then transfered to pontiac cc without Any medical treatment

# Statement Of Claim

Excessive force, Deliberate Indifference, Medical Malpractice, Medical Negligence, Negligence constituted by the following statement of facts and whatever else this court infers:

On or about the date of Feb. 15th, 2024, I ate an unfully cooked baked chicken in Menard C.C. that contained a parasitic bug that immediately made me sick. I was escorted to Menard C.C. health care by c/o's Pratt & Welge.
Rather than being examined by medical staff, I was negligently seen by an unknown mental specialist who erroneously concluded that I was having a "nightmare" and that I'd be okay.
Without any medical evaluation in regards to the uncooked food nor the potentiality to if I had swallowed a parasite, I was escorted to segregation housing and placed on "Suicide watch" without me ever giving the indication of feeling suicidal/homicidal. I remained in this "crisis watch" status without ever receiving medical attention.
During this period, I began to experience burning and sharp pain sensation in my groin region, aswell sharp pain in my intestinal areas, which worsened as the days progressed. I then began to cough up blood. All of this made me unable to eat, sleep nor have bowel movements. Numerous times I requested medical attention verbally and via request slip to officers & medical staff, but to no avail.
When I attempted to force myself to eat, outside of swallowing, I began to feel movement in my intestinal area, sometimes that made me drop to my knees and cough up blood and quagudated phelm. During all of this

2

I pleaded with c/o's Pratt & Welge to assist in obtaining medical help for me; inwhich they relayed to me numerous times that every medic they communicated with told them there was nothing medically they could do for me.

1 month later after numerous complaints, I was finally sent to Chester Hospital, where I was told by a triage nurse that "I might have the flu". This diagnosis was made without a doctor running tests on me. And due to lack of proper testing being done, I was taken back to Menard C.C. This was March, 18 2024. 2 months later after enduring the same intestinal pains, I was sent back to this hospital, where a doctor finally ran adequate tests on me and conclude that I had a "tait worm" in my intestines. I was given an I.V. but taken back to Menard C.C. without any procedures nor surgical plans to remove this parasite which was destroying me from the outside in. This was May, 10th. 2024.

Rather sending me back to the hospital and inorder to subsidize medical costs, Menard C.C. medical staff only "asked" me periodically "was I OK". when I would explain my symptoms to several nurses, they would unprofessional state infront of me amongst eachother that "this was not their problem" and "I should go see my primary doctor". When I requested this particular nurses' name she refused to tell me, left the room and never returned.

April, 11, 2024 I began to lose control of my breathing and as best as I could, relay to c/o Slaughter my medical problem after Sgt. Harrison denied me medical attention. Aswell to no avail, c/o Slaughter did nothing. This left me with no other option but to resort to drastic

measures in order to get medical attention, which still, I received no medical attention. But was rather taken to a "suicide watch" room for 2 months, all the while this parasite continued to grow in me, causing me to suffer sharp pain & blood discharges. Rather being treated for this medical issue, I was retaliated against for "making them do their job", provided no bed, sheet and negligently observed by mental health where they two continued to erroneously conclude I was suffering from mental rather medical emergencies.

After the first and further retaliation, I was taken by staff office and beat physically by a number of officers such as c/o Zacker, Heart & Kitchens due to them "feeling irritated and fed up" of my constant requests and cries for medical help. As of today, I still have blurry vision, can not hear from one of my ears, at the time I became periodically dizzy, a broken pointer finger. I pased out due to partial wind pipe being blocked by this tale worm. After further humiliation & another assault from these officers, I was literally "thrown" back into this "Suicide/Crisis" watch room. As of this day, ongoingly, i'm still suffering from the tait worm and the assault from these officers oswell am traumatized to the extent that medics in I.D.O.C. truly don't care if I live or die. I've even attempted to pulled this parasitic substance out of my throat, it was a long, gummy like, thick, quagalated, white/blackish; that contrapted back inside my throat, revealing that not only is it long in length, but still growing inside of me. I've lost/loosing 80 Lbs so far and this is ongoing. All staff have acted beyond negligence, but a clear and convingly display of deliberate indifference towards my medical needs.

4

The request of a preliminary injunction for immediate adequate medical attention is being requested, but it will not be enough unless I also request a T.R.O. that I.D.O.C. employees are to refrain from assaulting me, placing me retaliatorly on "Crisis Watch" and denying me medical attention not only with this tait worm, but my vision, hearing, and finger.

Without the immediate involvement of this court, I'm likely to continue this ongoing malicious and deliberate course of conduct that deprives me being free from Cruel & Unusual punishments, my Due Process and Equal Protection Rights. The request of this is at a minimum a burden of slightness in contrast to my life in regards to correcting the medical decline I've suffered for nearly ongoing 1 year. For a nurse to state to me "Swallow it or die" justifys more than proof beyond perpendence of the evidence attached and stated herein how much my life means to them if this court does not step in...

## V.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

(1) 2.5 MiLLioN dollars moNetary compensation
(2) T.R.O prohibiting herein named defendant to stay 1000 feet from me & refrain from retaliation against me.
(3) Injunction ordering I.D.O.C. employees to provide me with immediate medical treatment thats adequate.

## VI.    JURY DEMAND *(check one box below)*

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on:    2-25-25
          (date)

Washington Kenyon
Signature of Plaintiff

P.O. Box 99
Street Address

Washington Kenyon
Printed Name

Pontiac IL. 61764
City, State, Zip

Y13106
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically.** And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

## CERTIFICATE OF SERVICE

I certify that a copy of this _Civil Complaint_ was mailed/delivered
(Name of Document)

to _U.S. Districtive Court, Southern Illinois_ on _2-24-25_.
(Name and Address of Party/Attorney)                          (Date)

_Washington Kenyon_
Signature

_Washington Kenyon_
Printed Name

---

12.    Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13.    You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

Page 3 of 4

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report |
|---|

Date Received: 06/25/2024        Date of Review: 07/25/2024        Grievance #: K4-0624-2761

Individual in Custody Name: Washington, Kenyon                    ID#: Y13106

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Individual in Custody filed grievance dated 06/19/2024, grieving that on 02/15/2024 he ate two baked chicken from dietary and consumed a bug.  He was checked by healthcare, who told him he was fine. He was then escorted to N2 restrictive housing where he was put on crisis watch for 30 days.

Relief Requested: "I need to be sent to the hospital and properly examined by some real doctors who can use the correct tools to looked down trachea windpipe area and my medical issue can be solved. I'm losing weight and there blood when I got the the rest room and I'm having bad chest pain and stomach. I feel it moving in my trachea windpipe area and my bug infestation daily when I eat and sometime I cant sleep."

Counselor: Out of time frame.

Grievance Office: Per AD 04.01.114- Only original grievances filed within 60 days after the discovery of the incident, occurrence, or problem that gives rise to the incident shall be considered.  This is out of time frame.

**Recommendation:**

It is the recommendation of this Grievance Officer that this grievance be DENIED, as it is out of time frame per AD  04.01.114.

Heather Young/Correctional Counselor I                        **Heather Young** Digitally signed by Heather Young Date: 2024.07.25 11:18:49 -05'00'
_____                        _____
Print Grievance Officer's Name                        Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response |
|---|

Date Received: 07/25/2024        ■ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

**Kevin Reichert**        Digitally signed by Kevin Reichert
Date: 2024.08.13 11:26:44 -05'00'
_____                        _____
Chief Administrative Officer's Signature                        Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

_____        _____        _____
Individual in Custody's Signature                        ID#                        Date

Housing Unit: North 2    Bed #: 524

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

| Date: 6/19/2024 | Individual (please print): Washington Kenyon | ID #: 413106 | Race (optional): Haitian/Blk |

| Current Facility: Menard C.C | Facility where grievance issue occurred: Menard C.C |

**Nature of Grievance:**
- [x] Staff Conduct
- [x] Medical Treatment
- [ ] Disciplinary Report: 6/19/2024   Menard C.C
- [ ] ADA Disability Accommodation
- [ ] Restoration of Sentence Credit
- [x] Dietary
- [ ] Personal Property
- [ ] Mail Handling
- [ ] PREA
- [ ] HIPAA
- [ ] Other (specify): _____

Date of Report    Facility where issued

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

On Feburary 15 2024 in Menard C.C I Kenyon Washington 413106 ate two baked chicken from Dietary and consumed a bug I was taken to health care where nurse Angelina land Amanda Shultz looked in my mouth with their Eyes and flashlight and said nothing was wrong with me I was then taken to N2 Segreatin placed on crisis watch for 30 day without being properly checked of my Medical issue.

- [x] **EMERGENCY:** Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance
- [ ] Continued on Reverse

**Relief Requested:** I need to be sent to the hospital and properly Examined by some real Doctors who can use the correct tools to looked down the trachea windpipe Area and my Medical issue can be solved I'm losing weight and there blood when I go to the rest room and I'm having bad chest pain and stamach I feel it Moving in my truchea windpipe Area and my big intesten daily when I Eat and some time I can't sleep.

Washington Kenyon    413106    6/19/2024
Individual in Custody Signature    ID #    Date

**Counselor Response (if applicable):**    Date Received: 6/25/24
- [ ] Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Out of time frame.

SL-    AL-    6/26/24

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

**EMERGENCY REVIEW:**    Date Received: JUN 21 2024    Assigned Grievance #/Institution: K4-0624-2761

Is this determined to be of an emergency nature:
- [ ] Yes, expedite emergency grievance.
- [x] No, an emergency is not substantiated. Individual should submit this Grievance according to standard grievance procedure.

[signature]    6/24/24
Chief Administrative Officer Signature    Date

First Level Received: MEN    JUN 25 2024
Second Level Received: _____

___ Please check if using if utilizing follow up DOC 0743p

11F- Medical TX -
Be examined By
outside Dr
MD - Verbal/ Harassment

Distribution: Master File, Individual    Page 1 of 2    DOC 0046 (Rev. 06/2022)

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

On Febuary 15 2024 I Kenyon Washington #Y13106 ate two baked Chicken from dietery state trays and consumed a bug I called C/O wielge and C/O pratt I was taken to help care and seen by Nurse Amanda shute and Angeline looked in my Mouth with there eyes and with a flashlight and they booth stated Nothing was wrong I high and having a Epsode when I don't entertain No Drugs that flows around Menard C.C. I'm a personal trainer in the world I was then seen by one more Nurse who refuse to give me her Name and she said If there a bug "Just Swall it or Die" I was then sent to North 2 seg placed on crisis watch for 30 day while not being seen by a nurse or Docter by for my Medical Issue I have blood in my toilet water and daily stomach pain, it grows my Chest hurts and throat burn when I smell smoke it release a Liquid and it taste nasty thea days I can't Eat because my thoat hurts and I can barly breath can I be sent to the docter and be propely seen by a "Gut" so I can get my Medical Issue solved I'm losing weight and I'm in pain daily can I have so real help please I have this bug growing inside me and No one care this is my second grievance + filled one out April 25 and I havent gotten a response. I was in North 2 622 cell there is a camera infront of the cell to futhr back up my claims when I ate the chicken. I was in E.S.H 607 around Lunch time I started having this problem please help thanks. I also was threated by C/O slinger to shut up or he will mace me and Kick my ass all while I'm in Handcuffs. the whole shift who worked Health Care unit calls C/O slinger over and began to laugh saying "Not today" Save it for another time. I was being told to keep my mouldown or I will never make it home to my family can I please recieve real Medical Attention so I can be Examined and get the bug out of me so I Can go on and do my time in good health Menard is a dangerous place I can't defend myself if someone or people decide to hearm me while I'm not in good health I fear for my Life can I please be sent to the horripaly next the E.R. centr thanks have a bless day This was my second time droping a Grievance and I havent recieved any recipt book yet along a reply I have a Tape worm grossing inside No and Nobody care about what going on this can I Kill me and take me away from my family I doing my prison time and I'm afrad of dying in my cell without any proper Medical treatment from Menard Health care deparment I drop my first grievance on March 7 with No reply or rccipt can I please get some help please.

Copy

N2-8-24

Kenyon Washington #y13106          6/26/2024

TO Grievance officer

MEN JUN 27 2024

I would Like to Amend.

I Kenyon Washington filled out a grievance Report on March 7 in Beyoration on 5 galler cell 554 there is a camera to further back any claim I never recieved a recipt back like I just did on this one there was no reply at all can I please have some help on my Medical Issue please thanks.

Nothin log ~ on Champ Notes

We did not receive this in the G.O.

**Print Date  6/27/2024**

Exhibit #3

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Pilot Program Only

Housing Unit: North 2    Bed #: 824

| Date: 6/19/2024 | Individual (please print): Washington Kenyon | ID #: 413106 | Race (optional): Haitian / Blk |

Current Facility: Menard C.C.    Facility where grievance issue occurred: Menard C.C.

Nature of Grievance:
☑ Staff Conduct    ☐ ADA Disability Accommodation    ☐ Personal Property    ☐ PREA
☑ Medical Treatment    ☐ Restoration of Sentence Credit    ☐ Mail Handling    ☐ HIPAA
☐ Disciplinary Report: 6/19/2024    ☑ Dietary    ☐ Other (specify): _____
Date of Report    Menard C.C.
Facility where issued

Note: Protective Custody denials may be grieved immediately via the local administration on the protective custody status notification.

Attach a copy of any pertinent document (such as Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":
- Counselor, unless the issue involves discipline, is deemed and emergency, or is subject to review by the Administrative Review Board
- Grievance Officer, only if the issue involves discipline at the current facility or issue not resolved by counselor
- Chief Administrative Officer, only if EMERGENCY grievance
- Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility, except medical and personal property issues, or issues not resolved by the Chief Administrative Officer

Date & Summary of Grievance (Provide information including a description of what happened, when and where it happened, and name or identifying information for each person involved):

On Feburary 15 2024 in Menard C.C. I Kenyon Washington 413106 ate two baked chicken from Dietary and consumed it long I was taken to health care where nurse Angelina and Amanda Shultz looked in my mouth with their Eyes and flashlight and said nothing was wrong with me I was then taken to N2 Segeration Placed on crisis waden for 30 day without being Properly checked of my Medical Issue.

☑ EMERGENCY: Check only if grievance involves substantial risk of imminent personal injury or other serious or irreparable harm to self.
☐ Check if this is NOT an emergency grievance
☐ Continued on Reverse

Relief Requested: I need to be sent to the hospital and properly Examined by some real Doctors who can use the correct tools to looked down the trachea windpipe Area and my Medical Issue can be solved I'm losing weight and there blood when I go to the rest room and I'm having bad chest pain and stomach I feel it moving in my trachea windpipe Area and my big intesten daily when I EAT and sometime I can't sleep.

Washington Kenyon    413106    6/19/2024
Individual in Custody Signature    ID #    Date

Counselor Response (if applicable):    Date Received: 6/25/24
☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277
Out of time frame.

SC—    AC—    6/26/24

Note to Individual: If you disagree with the counselor's response, it is your responsibility to forward grievance, with counselor's response, to the grievance officer.

EMERGENCY REVIEW:    Date Received: FEB JUN 2 1 2024    Assigned Grievance #/Institution: K4-0624-2761

Is this determined to be of an emergency nature:    First Level Received: MEN JUN 25 2024
☐ Yes, expedite emergency grievance.
☑ No, an emergency is not substantiated. Individual should submit this    Second Level Received: _____
Grievance according to standard grievance procedure.

Chief Administrative Officer Signature    6/24/24    ☐ Please check if using if utilizing follow up DOC 0743p
Date

11F-medical TX-
Be examed by
outside Dr.
11D-verbal / Harassment

Distribution: Master File, Individual    Page 1 of 2    DOC 0046 (Rev. 06/2022)

Pilot Program Only

**Illinois Department of Corrections**
**Individual in Custody Grievance**

Exhibit #3

On February 15 2024 I Kenyen Washington #y3166 ate two baked chicken from dietary staff trays and consumed a bug I called C/C Switzer and CO Pratt I was taken to help care and seen by Nurse Amanda Shultz and Angeline looked in my mouth with there eyes and with a flashlight and they both stated Nothing was wrong I high and having a Episode when I don't Entertain NO Drugs that Flows around Menard C.C I'm a personal trainer in the world I was then seen by one more Nurse who refuse to give me her Name and she said If thats a bug "just swall it or DIE" I was then sent to North 2 seg plant and crisis watch for 30 day while not being seen by a nurse or docter by for my Medical Issue I have blood in my toilet water and daily stomach pain, it grows my Chest hurts and throat burn when I small smell it relieve a loud and it taste nasty the days I can't eat becase my throat hurts and I can birely breath can I be sent to the docter and be properly seen by a "Girl" so I can get my Medical Issue solved I'm losing weight and I'm in pain daily can I live so I neel help please I have this bug grown inside my and Ac on line this is my second grievance I filled on out April 25 and I haven't gotten a response I was in North 2 632 cell there is a camera infront of the cell to futher back up my claims when I ate the chicken I was in 6-5-# 607 around lunch time I started having this problem please help thanks. I also was threated by C/O Slinyer to shut up or he will mace me and kick my ass all while I'm in handcuffs. the white shit who worked Health Care unit male C/O Slinyer arean and began to laugh saying "not today" San it for another time, I was being told to keep my mouth down or I will never make it home to my family cin I please recieve real Medical Attention so I can be Examined and get the bug out of me so I can go on and do my time in good Health Mendel in a dangerous Dire I can't defend myself if someone or people decide to hurt me while I'm not in good health I fear for my life can I please be Sent to the hospital not the C.P. cerk thanks here a here deep this its my second time dropping a Grievance and I haven't received only receipt Doer let alone a reply I have a Tapeworm growing inside Ive and watching can about insid I have gone on this can I kill me and take me away from my family I done my prison time and I'm afraid of dying in my cell without any Made Medical treatment from Menard Health care deparment I drop my first grievance on March 7 with no reply or receipt can I please get some help please.

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|

**Date Received:** 06/25/2024    **Date of Review:** 07/25/2024    **Grievance #:** K4-0624-2761

**Individual in Custody Name:** Washington, Kenyon    **ID#:** Y13106

**Nature of Grievance:**

Medical Treatment

**Facts Reviewed:**

Individual in Custody filed grievance dated 06/19/2024, grieving that on 02/15/2024 he ate two baked chicken from dietary and consumed a bug. He was checked by healthcare, who told him he was fine. He was then escorted to N2 restrictive housing where he was put on crisis watch for 30 days.

Relief Requested: "I need to be sent to the hospital and properly examined by some real doctors who can use the correct tools to looked down trachea windpipe area and my medical issue can be solved. I'm losing weight and there blood when I got the the rest room and I'm having bad chest pain and stomach. I feel it moving in my trachea windpipe area and my bug infestation daily when I eat and sometime I cant sleep."

Counselor: Out of time frame.

Grievance Office: Per AD 04.01.114- Only original grievances filed within 60 days after the discovery of the incident occurrence, or problem that gives rise to the incident shall be considered. This is out of time frame.

**Recommendation:**

It is the recommendation of this Grievance Officer that this grievance be DENIED, as it is out of time frame per AD 04.01.114.

Heather Young/Correctional Counselor I    **Heather Young** Digitally signed by Heather Young Date: 2024 07 25 11 18 49 -05'00'

Print Grievance Officer's Name    Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, Including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|

**Date Received:** 07/25/2024    ☒ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

**Kevin Reichert**    Digitally signed by Kevin Reichert Date: 2024.08.13 11:26:44 -05'00'

Chief Administrative Officer's Signature    Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature    ID#    Date

Exhibit #3

Copy

N2-8-24

Kenyon Washington #Y13106          6/26/2024

TO Grievance officer

MEN JUN 27 2024

I would Like to Amend.

I Kenyon Washington filled out a grievance Report on March 7 in Beyocceten on 3 galler cell 554 thea is a camera to further back my claim I never recieved a recipt but Like I just did on this one there was no reply at all Can I Please have some help on my Medical Issue Please thanks.

Notin log
Champ
Notes

We did not receive this in the G.O.

**Print Date  6/27/2024**



Kenyon Washington #413106
Pontiac C C
P.O. Box 99
Pontiac, IL 61764

Individual In Custody
Correspondence Illinois
Department of Corrections

Legal Mail

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 61764 $ 002.87
02 7W
0008029343 MAR 17 20

MAIL CLEARED
US MARSHALS

Legal Mail

Clerk of court
United states District court
Southern District of Illinois
750 Missouri Ave
East St. Louis, IL

RECEIVED

MAR 24 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

LEGAL Mail